SANGO INTERNATIONAL L.P., Plaintiff, v. UNITED STATES, Defendant, WARD MANUFACTURING, INC., ANVIL INTERNATIONAL, INC., Defendant-Intervenors.

Court No. 05–00145

Dated: July 2, 2007

Baker & McKenzie LLP (*William D. Outman, II*), (*Stuart P. Seidel*), (*Kevin J. Sullivan*) for Plaintiff Sango International, L.P.

*Peter D. Keisler*, Assistant Attorney General; *Jeanne E. Davidson*, Director, (*Patricia M. McCarthy*), Assistant Director; (*Kelly B. Blank*), (*David S. Silverbrand*) Commercial Litigation Branch, Civil Division, United States Department of Justice; *Kemba Eneas*, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of counsel, for Defendant.

*Schagrin Associates* (*Roger B. Schagrin*), (*Brian E. McGill*), (*Michael J. Brown*) for Defendant-Intervenors Ward Manufacturing, Inc., and Anvil International, Inc.

## ORDER

BARZILAY, Judge: In accordance with the Court of Appeals for the Federal Circuit's opinion in *Sango International, L.P. v. United States*, No. 2006–1485 (Fed. Cir. May 2, 2007), it is hereby

ORDERED that this case is REMANDED to the Department of Commerce; it is further

ORDERED that the Department of Commerce consider the factors set forth in 19 C.F.R. § 351.225(k)(2) in its examination of whether Plaintiff's gas meter swivels and nuts fall within the scope of the antidumping order at issue, *Certain Malleable Iron Pipe Fittings from the People's Republic of China*, 68 Fed. Reg. 69,376 (Dep't Commerce Dec. 12, 2003); and it is further

ORDERED that the Department of Commerce shall submit its findings to the court no later than September 28, 2007.